**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARIBEL ROSARIO,

                Plaintiff,                20 **CIVIL** 9655 (GWG)

     -v-                              **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 1, 2022, that the Commissioner's final decision is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), including a new hearing and decision.

**Dated:**  New York, New York
           June 1, 2022

                                                    **RUBY J. KRAJICK**
                                               _____
                                                   **Clerk of Court**
                     **BY:**             K. Mango
                                                  _____
                                                   **Deputy Clerk**